David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

PROCESS AGENET C/O CORPORATION SERVICE CO
421 WEST MAIN STREET
FRANKFORT, KY 40601



# KCOJ eFiling Cover Sheet

Case Number: 18-CI-001280

Envelope Number: 903489

Package Retrieval Number: 9034896627894@00000858358

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 11.98

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. BRIAN EDWARDS (630312)

Package: 000001 of 000007

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-001280**<br>Court:    **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **WILLIAMS, KENNETH VS. USAA GENERAL INDEMNITY COMPANY**, *Defendant*

TO: **PROCESS AGENET C/O CORPORATION SERVICE CO**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is USAA GENERAL INDEMNITY COMPANY

The Commonwealth of Kentucky to Defendant:
**USAA GENERAL INDEMNITY COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **03/02/2018**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 9034896627894@00000858358
CIRCUIT: 18-CI-001280 Certified Mail
WILLIAMS, KENNETH VS. USAA GENERAL INDEMNITY COMPANY



Page 1 of 1

eFiled

*Package:000002 of 000007   Presiding Judge: HON. BRIAN EDWARDS (630312)   Package : 000002 of 000007*

Filed                18-CI-001280                David L. Nicholson, Jefferson Circuit Clerk

CASE NUMBER _____                          JEFFERSON CIRCUIT COURT
                                                   DIVISION _____
                                                   JUDGE _____

KENNETH WILLIAMS                                                                PLAINTIFF
4519 CANE RUN ROAD #209
LOUISVILLE, KENTUCKY 40216

v.                          **COMPLAINT**
                       **ELECTRONICALLY FILED**

USAA GENERAL INDEMNITY COMPANY                                                  DEFENDANT
9800 FREDERICKSBURG ROAD
SAN ANTONIO, TX 78288

    Serve:  Process Agent
            C/O Corporation Service Company
            421 West Main Street
            Frankfort, Kentucky 40601

                    ** ** ** ** ** ** ** ** ** ** ** ** ** **

Come now the Plaintiff, Kenneth Williams, by counsel, and for his cause of action against USAA General Indemnity Company states as follows:

### JURISDICTIONAL ALLEGATIONS

1.  The Defendant USAA General Indemnity Company (hereinafter "USAA") is a property and casualty insurance company, DOI ID #300131, licensed to do business in the Commonwealth of Kentucky, whose principal office address is 9800 Fredericksburg Road San Antonio, Texas 78288, and which designated its registered agent at 421 West Main Street Frankfort, Kentucky 40601.

2.  The incident which forms the basis of this litigation is a motor vehicle collision that occurred on or about October 19, 2016.

3.  The amount in controversy exceeds the jurisdiction requirements of this Court.

4. This Court has jurisdiction over the parties and the subject matter and venue is proper in this Court.

### General Allegations

5. The Plaintiff, Kenneth Williams, adopts and reiterates each and every allegation as if set forth fully herein and incorporates same by reference.

6. On or about October 19, 2016, Maurice Wagner (hereinafter "Wagner") was negligent, careless, and reckless in one or more of the factors of ownership, maintenance, use, operation, or control of the motor vehicle he was operating.

7. Wagner's negligence was a direct and substantial factor in causing a motor vehicle collision.

8. Wagner's actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including but not limited to KRS 189.290(1) and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law.

9. The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Wagner's violation of these statutes.

10. As a direct and proximate result of Wagner's negligence, Plaintiff sustained temporary and permanent injuries, causing great physical, emotional, and mental pain and anguish and the loss of enjoyment of life, and Plaintiff will continue to suffer such damage in the future; Plaintiff has lost wages and that his ability to earn wages in the future is impaired; and, Plaintiff has incurred large sums of money for physicians and medical expenses in treatment of said injuries and will be required to

Filed 18-CI-001280 David L. Nicholson, Jefferson Circuit Clerk

incur large sums of money for physicians and medical expenses in the future, his injuries being permanent in nature.

11. The negligence of Wagner was also a direct and substantial factor in causing damage to Plaintiff's motor vehicle, including loss of use.

12. The acts of Wagner were malicious, wanton, reckless, and/or grossly negligent such that Plaintiff is entitled to a recovery of punitive damages.

13. Wagner, by and through his insurance carrier State Farm Insurance Company, have tendered the entirety of his policy limits.

14. Defendant USAA, after due and proper notice, has authorized Plaintiff to enter a settlement with Wagner and State Farm.

15. Plaintiff's injuries exceed the policy limits of Wagner's insurance policy, thus making Wagner an underinsured motorist.

### Claims against Defendant USAA

16. The Plaintiff adopts and reiterates each and every allegation as if set forth fully herein and incorporates same by reference.

17. USAA is named as a Defendant because upon information and belief it issued a policy of insurance, number 36185419, covering or insuring a 2008 Chrysler PT Cruiser, VIN no. 3A8FY58B78T101324, on behalf of the Plaintiff. (hereinafter "Policy)

18. The USAA Policy was in effect as the time of the motor vehicle collision and provided basic reparations benefits and underinsured/uninsured motorist coverage to the Plaintiff.

Filed 18-CI-001280 03/02/2018 David L. Nicholson, Jefferson Circuit Clerk

Package:000005 of 000007
Presiding Judge: HON. BRIAN EDWARDS (630312)
Package : 000005 of 000007

19. Plaintiff obtained medical treatment for injuries sustained in the collision noted above, and he demands USAA pay these losses pursuant to his policy of basic reparations benefits.

20. Reasonable proof of loss was provided to USAA, and USAA has unreasonably delayed and denied payment of these benefits.

21. USAA has not timely paid basic reparations benefits in the form of wage loss and medical expenses in violation of KRS 304.39-210 and KRS 304.39-241.

22. USAA's delay and denial of payment of Plaintiff's basic reparations benefits is without reasonable foundation so as to entitle the Plaintiff to 18% penalty interest and attorney's fees pursuant to KRS 304.12-235, KRS 304.39-210, and KRS 304.39-220.

23. The conduct of USAA, its employees, servants, and agents, toward Plaintiff, in the handling of the Plaintiff's claims, and in their dealing with Plaintiff constitute violations of KRS 304.12-230.

24. Maurice Wagner is an uninsured/underinsured motorist and Plaintiff is entitled to uninsured/underinsured motor benefits from USAA pursuant to the terms of the policy and by operation of law arising out of their injuries and damages set forth herein.

25. Plaintiff demands judgment against USAA for all basic reparations benefits and uninsured/underinsured motorist benefits under the policy which are the direct and proximate result of the collision at issue in the instant case.

26. USAA has been made aware of Plaintiff's claims herein.

27. USAA has failed and refused to pay Plaintiff the benefits of the policy without reasonable basis for denying the claim, thereby breaching its contract with the Plaintiff, making USAA liable for any and all damages permitted under Kentucky law.

28. Defendant USAA is made a party defendant hereto because of its interests and obligations as set forth above.

**WHEREFORE**, the Plaintiff, Kenneth Williams, demands judgment against the Defendants, USAA General Indemnity Company as follows:

1. A trial by jury on all issues of fact herein;

2. Judgment against the Defendant USAA General Indemnity Company in a fair and reasonable amount;

3. Pre and post judgement interest;

4. Judgment against USAA General Indemnity Company for due and owing basic reparation benefits, underinsured motorist benefits, penalty interest in the amount of 18%, attorney fees, costs and expenses;

5. Attorney's fees;

6. Plaintiff's costs herein expended;

7. Punitive damage to the extend determined by a trier or fact; and,

8. Any and all other relief to which the Plaintiffs are entitled.

Respectfully submitted,

/s/ Scott A. Wallitsch
Scott A. Wallitsch, Esq.
**MORGAN & MORGAN**
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
Telephone: (502) 912-5932
Facsimile (direct): (502) 912-6482
swallitsch@forthepeople.com
*Attorney for the Plaintiff*